No. 54919.— Gebruder Fikse et al. *v.* United States, protests 160975-K, etc. (New York).

Opinion by LAWRENCE, J.    The protests were dismissed.

No. 54920.—Max Ettlinger & Co. et al. *v.* United States, protests 161521-K, etc. (New York).

Opinion by LAWRENCE, J.    The protests were dismissed.

No. 54921.—Julius Kayser & Co. *v.* United States, protests 490980-G, etc. (New York).·

Opinion by RAO, J.    The protests were dismissed.

No. 54922.—G. H. Seffert Co. *v.* United States, protest 157466-K (New York).

Opinion by FORD, J.    The protest was dismissed.

No. 54923.—Schlesinger & Gintel, Inc. *v.* United States, protest 160433-K (New York).

Opinion by FORD, J.    The protest was dismissed.

No. 54924.—Rogers Peet Co. *v.* United States, protest 161241-K (New York).

Opinion by FORD, J.    The protest was dismissed.